# Court of Appeals
# of the State of Georgia

ATLANTA, May 11, 2012

*The Court of Appeals hereby passes the following order*

**A12D0360 BRETT HALL v. CITY OF WOODSTOCK, et al**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

11CV2431



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, May 11, 2012.*

   *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*